# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ROBERT HAMPTON**                                                                      **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 4:19cv015-NBB - JMV**

**PROGRESSIVE GULF INSURANCE COMPANY**                                     **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand... will stay the attorney conference and disclosure requirements and all discovery **not relevant to the remand**… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. Civ. R. 16(b)(1)(B) (emphasis added). A joint motion to remand [6] has been filed. Therefore, staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** and the [5] case management conferenced will be cancelled, pending a ruling on the motion to remand.

**SO ORDERED** this, Monday, February 25, 2019.

                                                                 /s/ Jane M. Virden
                                                             **UNITED STATES MAGISTRATE JUDGE**